# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEVIN NELSON** | **CIVIL ACTION** |
| **VERSUS** | **NO: 08-4667-SSV-SS** |
| **ST. TAMMANY PARISH COURTS, et al** | |

## REPORT AND RECOMMENDATION

The plaintiff, Kevin Nelson ("Nelson"), filed a complaint in proper person in federal court in Baton Rouge against St. Tammany Parish Courts and other defendants on several causes of action, including violations of his constitutional right to due process of law. The action was transferred to this Court. Rec. doc. 1. After transfer of the action, he was permitted to amend his complaint to add the St. Tammany Parish Sheriff's Office ("Sheriff's Office") as a defendant. Rec. doc. 2.

On June 12, 2009, he filed a motion to dismiss the St. Tammany Parish Courts as a defendant. His pleading states:

> Although plaintiff questions the intentions and judgment of the St. Tammany Parish Court, it's now understood that the defendant is a non-legal entity, and is not of proper venue. Therefore, plaintiff is seeking to withdraw the defendant and all charges that may apply. Plaintiff does not desire to waste the court's time and appreciates the court's patience.[1]

Although the motion was not set for hearing, no party submitted a response to it. The Sheriff's Office and Officer Emmanuel Smith remain defendants.

---

[1] The Clerk has not yet assigned a docket number to this pleading.

## **RECOMMENDATION**

IT IS RECOMMENDED that plaintiff's motion be granted and St. Tammany Parish Courts be dismissed without prejudice and with a full reservation of plaintiff's rights against any other defendant.

## **OBJECTIONS**

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within ten (10) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 23rd day of June, 2009.

  **SALLY SHUSHAN**
  **United States Magistrate Judge**