UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEVIN NELSON | CIVIL ACTION |
| VERSUS | NO: 08-4667 |
| ST. TAMMANY PARISH COURTS, ET AL. | SECTION: R |

**ORDER**

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendations, hereby approves the Report and adopts it as its opinion.

Accordingly,

IT IS ORDERED that plaintiff's motion be granted and St. Tammany Parish Courts be DISMISSED WITHOUT PREJUDICE and with a full reservation of plaintiff's rights against any other defendant.

New Orleans, Louisiana, this __4th__ day of September, 2009.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE