UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEVIN NELSON | CIVIL ACTION |
| VERSUS | NO: 08-4667 |
| ST. TAMMANY PARISH COURTS, ET AL. | SECTION: R |

## ORDER

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendations (R. Doc. 50), hereby approves the Report and adopts it as its opinion.

Accordingly,

IT IS ORDERED (1) that the motion to dismiss of St. Tammany Parish Sheriff's Office (R. Doc. 42) be GRANTED and plaintiff Kevin Nelson's claims against St. Tammany Parish Sheriff's Office be DISMISSED WITH PREJUDICE, (2) that Nelson's motions for entry of default (R. Doc. 35) and for default judgment (R. Doc. 36) be DENIED, and (3) that Nelson's claims against the Teamsters and Officer Smith be dismissed with prejudice.

New Orleans, Louisiana, this __19th__ day of January, 2010.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE